IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

STANLEY E. JACKSON                                                PLAINTIFF

V.                      CASE NO. 3:13cv96 JTK

CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration                                     DEFENDANT

## **JUDGMENT**

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final determination of the Commissioner is affirmed and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 27th day of March, 2014.

_____
UNITED STATES MAGISTRATE JUDGE